UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| BERNARD KABORE,<br><br>Petitioner<br><br>v.<br><br>OFFICER-IN-CHARGE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT SCARBOROUGH SUB-OFFICE<br><br>Respondent | ) | CIVIL NO.: 2:26-cv-00334-JAW |

JUDGMENT

Pursuant to the Order entered by U.S. District Judge John A. Woodcock, Jr., on July 27, 2026;

The Petition for Writ of Habeas Corpus is dismissed without prejudice.

Jennifer P. Lyons, Clerk

By: /s/ Joanne McCue
Deputy Clerk

Dated: July 28, 2026